IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

VIP UNIVERSAL MEDICAL INSURANCE        CASE NO.: 1:17-cv-24633-KMW
GROUP, LTD., a Texas and Florida Limited
Liability Company,

    Plaintiff,

v.

BF&M LIFE INSURANCE COMPANY, LTD.,
a Bermuda Limited Liability Company,

    Defendants.
_____/

## NOTICE OF IMPENDING SETTLEMENT

    The Plaintiff, VIP UNIVERSAL MEDICAL INSURANCE GROUP, LTD, by and through the undersigned counsel, hereby give notice to the court that an impending settlement of this case has been reached with Defendant, BF&M LIFE INSURANCE COMPANY, LTD.. Said parties will notify the Court upon execution of final settlement documents and will thereafter file a Stipulation of Dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure.

    CERTIFICATE OF COUNSEL – The undersigned counsel has conferred with counsel for Defendant, BF&M, who has no objection to the filing of this Notice.

*[intentionally left blank]*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 20th, 2018, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF and served to counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF, or in an authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

NICKLAUS & ASSOCIATES, P.A.
*Counsel for Plaintiff, VUMI Group, LTD.*
4651 Ponce de Leon Boulevard
Suite 200
Coral Gables, Florida 33146
Telephone: (305) 460-9888
Facsimile:  (305) 460-9889


BY:    /s/ *Sean J. Eaton*
   EDWARD R. NICKLAUS, ESQ.
   Florida Bar No.: 138399
   edwardn@nicklauslaw.com
       SEAN J. EATON, ESQ.
       Florida Bar No.: 27718
       seane@nicklauslaw.com