IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

VIP UNIVERSAL MEDICAL INSURANCE  CASE NO.: 1:17-cv-24633-KMW
GROUP, LTD., a Texas and Florida Limited
Liability Company,

    Plaintiff,

v.

BF&M LIFE INSURANCE COMPANY, LTD.,
a Bermuda Limited Liability Company,

    Defendants.
_____/

## STIPULATION OF DISMISSAL

Plaintiff's, VIP UNIVERSAL MEDICAL INSURANCE GROUP, LTD and the Defendant, BF&M LIFE INSURANCE COMPANY, LTD., by and through the undersigned counsel, stipulate that this action be dismissed with prejudice pursuant to F.R.C.P. Rule 41 on the condition that this Honorable Court enter an order retaining jurisdiction for the purpose of enforcing the Settlement Agreement and Mutual Release. The Settlement Agreement and Mutual Release will be submitted for the Courts review upon final signature.

NICKLAUS & ASSOCIATES, P.A.
*Counsel for Plaintiff, VUMI Group, LTD.*
4651 Ponce de Leon Boulevard
Suite 200
Coral Gables, Florida 33146
Telephone: (305) 460-9888
Facsimile:  (305) 460-9889


BY:__*/s/ Sean Eaton*_____
EDWARD R. NICKLAUS, ESQ.
Florida Bar No.: 138399
edwardn@nicklauslaw.com
SEAN J. EATON
Florida Bar No. 27718
seane@nicklauslaw.com

DE LA CRUZ & CUTLER, LLP
*Counsel for BF&M LIFE INSURANCE COMPANY*
4000 Ponce De Leon Boulevard, Suite 790
Coral Gables, Florida 33146
Telephone: (305) 446-0100

*H. Jeffrey Cutler*
BY: _____
H. JEFFREY CUTLER, ESQ.
Florida Bar No. 350230
JCutler@delacruzcutler.com