IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

VIP UNIVERSAL MEDICAL INSURANCE          CASE NO.: 1:17-cv-24633-KMW
GROUP, LTD., a Texas and Florida Limited
Liability Company,

      Plaintiff,

v.

BF&M LIFE INSURANCE COMPANY, LTD.,
a Bermuda Limited Liability Company,

      Defendants.
_____/

## NOTICE OF FILING SETTLEMENT AGREEMENT

Plaintiff VIP UNIVERSAL MEDICAL INSURANCE GROUP, LTD, by and through the undersigned counsel, hereby give notice of filing the signed settlement agreement in this matter attached as Exhibit 1. By agreement of the parties the amount of the settlement has been redacted.

*[intentionally left blank]*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 11, 2018, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF and served to counsel of record via

transmission of Notices of Electronic Filing generated by CM/ECF, or in an authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        NICKLAUS & ASSOCIATES, P.A.

        *Counsel for Plaintiff, VUMI Group, LTD.*
        4651 Ponce de Leon Boulevard
        Suite 200
        Coral Gables, Florida 33146
        Telephone: (305) 460-9888
        Facsimile:  (305) 460-9889

BY: __*Sean J. Eaton*___
        EDWARD R. NICKLAUS, ESQ.
        Florida Bar No.: 138399
        edwardn@nicklauslaw.com
        SEAN J. EATON
        Florida Bar No. 27718
        seane@nicklauslaw.com