UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17- 24633-CIV-WILLIAMS

VIP UNIVERSAL MEDICAL INSURANCE
GROUP, LTD.,

    Plaintiff,

vs.

BF&M LIFE INSURANCE COMPANY, LTD.,
and INTERNATIONAL REINSURANCE
MANAGERS LLC

    Defendants.
_____/

### ORDER DISMISSING AND CLOSING CASE

**THIS MATTER** is before the Court on the Parties' joint stipulation for dismissal with prejudice. (DE 24). Upon review of the stipulation and the record, it is **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**, each party to bear its own attorneys' fees and costs. All pending motions are **DENIED AS MOOT**. All hearings, trial settings, and deadlines are **CANCELED**. The Court retains jurisdiction to enforce the terms of the settlement agreement until December 11, 2019.

**DONE AND ORDERED** in chambers in Miami, Florida, this 12th day of December, 2018.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE